UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
IN RE:

                                    AFFIDAVIT IN
                                    OPPOSITION
                                    CHAPTER 13
ROXANNE MCKEN,                   CASE NO. 09-22489 (RDD)

                   DEBTOR.
----------------------------------X

STATE OF NEW YORK    )
                           )
COUNTY OF WESTCHESTER )ss.:

    I, Jan Hudgins Riley, being duly sworn, deposes and says:

    I am of counsel to Cabanillas & Associates, P.C., attorneys for the debtor, ROXANNE MCKEN.

    2. As such, I am fully familiar with the facts and circumstances of this action.

    3. I submit this affidavit in opposition to the motion of the Trustee, dated January 7, 2010, seeking the dismissal of the within Petition of debtor.

    4. The debtor is no longer in arrears on her payments to the Trustee due pursuant to 11 U.S.C. sec. 1307(c)(1), having, upon information and belief, remitted to the Trustee the sum of $1,844.25 on or about January 8, 2010.

    5. Affiant avers that the debtor's plan is feasible and that she is currently working (under this Court's Loss Mitigation Order) with her mortgagee, Chase Home Finance

LLC, to pursue the possibilities of loss mitigation herein, anticipating confirmation of her Chapter 13 plan thereafter.

6. Thus, affiant respectfully asks that the Trustee's motion to dismiss the Petition of the within debtor (dated January 7, 2010), be denied.

Sworn to before me this
12th day of January, 2010

/s/ Sawsan Zaky
Notary Public, NYS
Qualified in Westchester Cty.
No.
Comm. Exp.

/s/ Jan Hudgins Riley
Of counsel
Cabanillas & Associates PC
245 Main Street, Ste. 120
White Plains, NY 10601
914-385-0292

TO: Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
White Plains, NY 10603

U.S. Trustee
33 Whitehall Street
21st floor
New York, NY 10004

Chase Home Finance, LLC
c/o Rosicki, Rosicki & Assoc. PC
51 East Bethpage Road
Plainview, NY 11801

JP Morgan Chase Bank
c/o Steven J. Baum PC
220 Northpointe Pkwy. Suite G
Amherst, NY 14228

Chase Home Finance, LLC
3415 Vision Drive OH4-7162
Columbus, OH 43219

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:
                                    AFFIDAVIT OF
                                    MAILING
                                    CHAPTER 13
     ROXANNE MCKEN,                 CASE NO. 09-22489 (RDD)

                       DEBTOR.
------------------------------------X

STATE OF NEW YORK        )
                         )
COUNTY OF WESTCHESTER    )ss.:
```

Jan Hudgins Riley, Esq., being duly sworn, deposes and says:

I am not a party to the action herein, am over the age of 18 years old and reside in the County of Sullivan, State of New York.

On January 12, 2010, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

Sworn to before me this
12th day of January, 2010         /s/ Jan Hudgins Riley
                                            Of counsel
/s/ Sawsan Zaky                             Cabanillas & Associates PC
Notary Public, NYS                          245 Main Street, Ste. 120
Qualified in Westchester Cty.               White Plains, NY 10601
No.                                         914-385-0292
Comm. Exp.

TO: Jeffrey L. Sapir
    Chapter 13 Trustee
    399 Knollwood Road
    White Plains, NY 10603

    U.S. Trustee
    33 Whitehall Street
    21st floor
    New York, NY 10004

    Chase Home Finance, LLC
    c/o Rosicki, Rosicki & Assoc. PC
    51 East Bethpage Road
    Plainview, NY 11801

    JP Morgan Chase Bank
    c/o Steven J. Baum PC
    220 Northpointe Pkwy. Suite G
    Amherst, NY 14228

    Chase Home Finance, LLC
    3415 Vision Drive OH4-7162
    Columbus, OH 43219