UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                           Chapter 13

ROXANNE MCKEN,                         Case No. 09-B-22489

                              Debtors,
-----------------------------------------------------x

                      TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      <u>LAST KNOWN ADDRESS</u>                           <u>AMOUNT OF DIVIDEND</u>

      Roxanne McKen                                       $8,800.00
      18 First Avenue
      Ossining, New York 10562                      refund

   Trustee's check to your order in the sum of $8,800.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
          August 26, 2011

                                                           Respectfully submitted,
                                                           */s/ Jeffrey L. Sapir*
                                                           JEFFREY L. SAPIR